# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:  John D. Furlong           :        Case No.  12-52092

Vickie Furlong                    :        Chapter 13

　　　　Debtor(s)                 :        Judge Charles M. Caldwell

## NOTIFICATION OF NEW ADDRESS OF DEBTOR(S)

Attorney, W. Mark Jump, hereby notifies the court of the above referenced Debtor (s) new address:

　　　　　　591 Rambling Brook Drive
　　　　　　Pickerington, OH  43147

　　　　　　/s/W. Mark Jump
　　　　　　W. Mark Jump (0062837)
　　　　　　*Attorney for Debtors*
　　　　　　Jump Legal Group
　　　　　　2130 Arlington Avenue
　　　　　　Columbus, OH 43221

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notification of New Address was served (i) **electronically** on June 15, 2017 through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. mail** on June 15, 2017 addressed to:

                                                                W. Mark Jump

Served via Regular Mail:

John D. Furlong
591 Rambling Brook Drive
Pickerington, OH  43147


Vickie Furlong
591 Rambling Brook Drive
Pickerington, OH  43147